# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Three USPS Priority Mail Express parcels seized on May 25, 2021 and May 27, 2021, and currently in the custody of the United States Postal Inspection Service in San Bernardino, California | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 5:21-MJ-00380 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1); and 843(b) | See attached affidavit |

The application is based on these facts:

See attached Affidavit

☒ Continued on the attached sheet.

_____
*Applicant's signature*

USPI Anthony H. Jacobs
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Riverside, CA</u>

Honorable Sheri Pym, U.S. Magistrate Judge
*Printed name and title*

AUSA: Christian Acevedo x6922

**AFFIDAVIT**

I, Anthony Herrera Jacobs, being duly sworn, declare and state as follows:

## I.  **PURPOSE OF AFFIDAVIT**

1.    This affidavit is made in support of an application for a search warrant for three United States Postal Service ("USPS") Priority Mail Express parcels currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1," "SUBJECT PARCEL 2," and "SUBJECT PARCEL 3," collectively, the "SUBJECT PARCELS").  The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B.  Attachments A and B are incorporated by reference herein.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. __INTRODUCTION__

3.    I am a Postal Inspector with the USPIS and have been since August 2003.  I am currently assigned to the USPIS Los Angeles Division, San Bernardino Domicile, Prohibited Mailing Narcotics Team and Parcel Task Force, which is responsible for investigating drug trafficking organizations that use parcels to transport and distribute illegal drugs and/or drug-sale proceeds.

4.    As part of my training to become a Postal Inspector, I completed a twelve-week Postal Inspector basic training course, which included training on how to investigate narcotics trafficking via the United States mail.  I also completed an advanced training course specifically designed for training investigators of narcotics mailers and shippers.  Furthermore, as part of my law enforcement duties, I have conducted numerous parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds from the sale of illegal drugs.

5.    I have completed thousands of hours of criminal investigations, including compiling information; interviewing victims, witnesses, and suspects; and collecting evidence to support criminal complaints.  I have worked with other experienced state and federal law enforcement officers and supervisors and have gained knowledge and experience from them. My work has involved preparing and assisting in the drafting and service of numerous search warrants.  I have testified in

federal court and state superior court concerning both
misdemeanor and felony offenses.  I received training in the
investigation of drug trafficking activities that use USPS mail.
As part of my law enforcement duties, I have conducted and
assisted several parcel investigations that have resulted in the
arrest of individuals who have received and distributed illegal
drugs, as well as the seizure of illegal drugs and drug-sale
proceeds.

### III.  STATEMENT OF PROBABLE CAUSE

**A.   Background, Training, and Experience Regarding the
Target Offenses**

6.    Based on my training and experience as a Postal
Inspector, and the experiences related to me by fellow Postal
Inspectors who specialize in drug investigations, I know the
following:

a.    Postal Inspectors have been conducting
investigations of drug trafficking via USPS Express Mail and
Priority Mail since the mid-1980s.  In the early 1990s, Postal
Inspectors in Los Angeles, California, and surrounding regions
such as the High Desert/Low Desert areas that includes Riverside
and San Bernardino Counties, began conducting organized
interdictions of Priority Mail Express and Priority Mail parcels
suspected of containing controlled substances and proceeds from
the sale of controlled substances.  Postal Inspectors also
regularly examined and investigated Priority Mail Express and
Priority Mail parcels.  During the 1990s, Postal Inspectors
observed that the trend was for drug traffickers to send

3

controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

      b.    Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel.

      c.    The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances.  Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail.  These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000.  Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

      d.    Drug traffickers often use one of two USPS services: Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail

Service, which is the USPS two-to-three-day delivery mail product. Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point. Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

7. Based on my training and experience, and the collective experiences related to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

b. The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

c. The handwritten label on the parcel does not contain a business account number;

d. The seams of the parcel are all taped or glued shut;

e.    The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

f.    Multiple parcels are mailed by the same individual, on the same day, from different locations.

8.    Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

9.    I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.    Initial Investigation of the SUBJECT PARCELS**

10.    Between September 2020 and December 2020, a young male suspect, later identified as Shahil Ammar RIZVI ("RIZVI"), entered a USPS facility in Riverside, California multiple times and shipped a total of nine USPS Priority Mail Express parcels which I intercepted and opened pursuant to federal search warrants.  The parcels contained an approximate total of over 1,000 grams of cocaine, 200 grams of pills containing methamphetamine, approximately 400 tablets of clonazolam (a synthetic designer drug not currently recognized as a controlled substance), and 200 pills containing MDMA (ecstasy).

6

11.   Between September 2020 and May 27, 2021, I learned through surveillance and subsequent investigation that RIZVI is a resident of Riverside, California and has been employed at a local smoke shop called Rodeo Smoke Shop and Glass Gallery, located on Massachusetts Avenue in Riverside, California.

12.   On May 25, 2021, I learned through surveillance video that RIZVI entered a USPS facility located at 3681 Sunnyside Drive in Riverside, California and mailed SUBJECT PARCELS 1 and 2.  I also learned from USPS employees that on May 25, 2021, the two parcels had been taken the USPS processing plant in San Bernardino, California for shipment.

13.   On May 25, 2021, I arrived at a USPS processing plant in San Bernardino, California to examine SUBJECT PARCELS 1 and 2.  Upon further inspection, I saw that SUBJECT PARCELS 1 and 2 met some of the above-mentioned criteria for the identification of suspicious parcels.  Specifically, SUBJECT PARCELS 1 and 2 were mailed Priority Mail Express, had handwritten labels, and did not contain business account numbers.

14.   On May 27, 2021, I learned through surveillance video that RIZVI entered the USPS facility located at 3681 Sunnyside Drive in Riverside, California and mailed SUBJECT PARCEL 3.  I also learned from USPS employees that on May 27, 2021, the parcel had been taken the USPS processing plant in San Bernardino, California for shipment.

15.   On May 27, 2021, I arrived at a USPS processing plant in San Bernardino, California to examine SUBJECT PARCEL 3.  Upon further inspection, I saw that SUBJECT PARCEL 3 met some of the

above-mentioned criteria for the identification of suspicious parcels. Specifically, SUBJECT PARCEL 3 was mailed Priority Mail Express, had handwritten labels, and did not contain business account numbers.

16. I used a database known as CLEAR[1] and other open source databases to check the return and recipient addresses listed on the SUBJECT PARCELS. Based on my review of the CLEAR database and my personal examination of the SUBJECT PARCELS, I determined the following:[2]

a. SUBJECT PARCEL 1 is a white Priority Mail Express box with a USPS Priority Mail Express label, handwritten in black ink, with tracking number EJ769999603US, weighing approximately 9.9 ounces, postmarked on May 25, 2021 in Riverside, California from postal code 92506 with a postage amount of $46.15. The return address listed on SUBJECT PARCEL 1 is "R.D. Gallery 1330 Massachusetts Ave Riverside, ca 92507." When I researched this return address, I learned that the address was associated with a business called "Rodeo Smoke Shop and Glass Gallery." This is the same business which I believe RIZVI is currently employed with. The recipient address listed on SUBJECT PARCEL 1 is "Jimmy Montes 1382 candlewyck Drive Orlando, FL 32807." I was able to locate a "Jimmy Montes" in the CLEAR database associated with that address. Records also

---

[1] CLEAR is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

[2] Misspellings and grammatical errors in addresses set forth in this affidavit are as they appear on the labels of the SUBJECT PARCELS.

show that Jimmy Montes was arrested in Florida in 2018 for possession of cannabis and drug paraphernalia.

   b.   SUBJECT PARCEL 2 is a USPS Priority Mail Express parcel bearing tracking label number EJ769999594US, weighing approximately 5 ounces, postmarked on May 25, 2021 in Riverside, California from postal code 92506 with a postage amount of $26.35.  The return address listed for SUBJECT PARCEL 2 is identical to that of SUBJECT PARCEL 1. The recipient address for SUBJECT PARCEL 2 is "Scott Land 822 N. Juanita Ave. Redondo Beach, Ca 90277."  An open source search located the recipient address for SUBJECT PARCEL 2 and was able to connect it to a person named Scott Land in Newport Beach, California, a different city than the destination address listed.

   c.   SUBJECT PARCEL 3 is a USPS Priority Mail Express parcel bearing tracking label number EJ769999625US, weighing approximately 8 ounces.  The return address listed for SUBJECT PARCEL 3 is "Shezi Rahil 14242 Crystal View Terr. Riverside, ca 92508."  When I researched this address, I was unable to connect it to any person with the name "Shezi Rahil."  The recipient address for SUBJECT PARCEL 3 is "Jenah Moh- T Star fashion Store 2586 Steinway st. Astoria, NY 11103."  When I researched this address, I was able to connect it to a business called "T-Star Fashion," but could not associate the address with anyone with the name "Jenah Moh."

   **C.   Drug-Detection Dogs Alert to the SUBJECT PARCELS**

   17.   On May 26, 2021, based on the suspicious characteristics of SUBJECT PARCELS 1 and 2, San Bernardino

County Sheriff's Deputy Kristina Winegar had her trained narcotics-detection K-9 dog, "Roxy," examine the exterior of SUBJECT PARCELS 1 and 2. Attached hereto as Exhibit 1, and incorporated herein by reference, is a true and correct copy of information provided to me by Deputy Winegar regarding Roxy's training and history in detecting controlled substances.

18. Deputy Winegar placed SUBJECT PARCELS 1 and 2 in an area with other parcels to perform a K-9 sniff with "Roxy." Deputy Winegar told me, as Postal Inspector Brad Barnes also observed, that "Roxy" gave a positive alert to the SUBJECT PARCELS, indicating the presence of controlled substances or other related items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

19. On May 27, 2021, based on the suspicious characteristics of SUBJECT PARCEL 3, Beaumont Police Department Corporal Ryan L. Brieda had his trained narcotics-detection K-9 dog, "Mila," examine the exterior of SUBJECT PARCEL 3. Attached hereto as Exhibit 2, and incorporated herein by reference, is a true and correct copy of information provided to me by Corporal Brieda regarding Mila's training and history in detecting controlled substances.

20. Corporal Brieda placed SUBJECT PARCEL 3 in an area with other parcels to perform a K-9 sniff with "Mila." Corporal Brieda told me, as I observed, that "Mila" gave a positive alert to SUBJECT PARCEL 3, indicating the presence of controlled substances or other related items, such as the proceeds of

controlled substances, which have been recently contaminated with the odor of controlled substances.

## IV. <u>CONCLUSION</u>

21.  For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES described in Attachment B.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this _____ day of May
2021.

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PARCELS TO BE SEARCHED

1.   The following USPS Priority Mail Express parcels seized on May 25, 2021 from the San Bernardino Processing and Distribution Plant located at 1900 W Redlands Blvd, in Redlands, California 92423, and currently in the custody of the United States Postal Inspection Service in San Bernardino, California:

        a.   SUBJECT PARCEL 1 is a white Priority Mail Express box with a USPS Priority Mail Express label, handwritten in black ink, with tracking number EJ769999603US, weighing approximately 9.9 ounces, postmarked on May 25, 2021 in Riverside, California 92506 with a postage amount of $46.15. The return address listed on the SUBJECT PARCEL is "R.D. Gallery 1330 Massachusetts Ave Riverside, ca 92507."

        b.   SUBJECT PARCEL 2 is a USPS Priority Mail Express parcel bearing tracking label number EJ769999594US, weighing approximately 5 ounces postmarked on May 25, 2021 in Riverside, California 92506 with a postage amount of $26.35.  The return address listed for SUBJECT PARCEL 2 is "R.D. Gallery 1330 Massachusetts Ave Riverside, ca 92507."  The recipient address for SUBJECT PARCEL 2 is "Scott Land 822 N. Juanita Ave. Redondo Beach, Ca 90277."

22.   SUBJECT PARCEL 3 is a USPS Priority Mail Express parcel bearing tracking label number EJ769999625US, weighing approximately 8 ounces, postmarked on May 27, 2021 in Riverside, California 92506 with a postage amount of $26.35. The return address listed for SUBJECT PARCEL 3 is "Shezi Rahil 14242

Crystal View Terr. Riverside, ca 92508." The recipient address for SUBJECT PARCEL 3 is "Jenah Moh- T Star fashion Store 2586 Steinway st. Astoria, NY 11103."

## ATTACHMENT B

ITEMS TO BE SEIZED

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance):

   a. Any controlled substances, including marijuana;

   b. Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

   c. Parcel wrappings used to conceal items described in (a) and/or (b).

EXHIBIT 1

## Detective Kristina Winegar and k9 Roxy Expertise:

I have attended a 120-hour course at Vohne Liche Kennels in narcotics detection. I attend this course with my K9 partner Roxy, a brown and white Springer Spaniel. K9 Roxy and I are a certified narcotics detection team through the California Narcotics Canine Association. We attend monthly maintenance training sponsored by Vohne Liche Kennels, weekly training with the Inland Empire Police Canine Association and Roxy and I train daily. Roxy has given a positive alert over 400 times in searches where illegal narcotics have been located and/or seized. I have written and served search warrants for narcotics transportation and sales, marijuana cultivation, stolen property, records/identity theft and other various criminal offenses. I have attended a 40-hour criminal interdiction conference in Austin Texas, a 40 hour criminal interdiction conference in New Orleans Louisiana, a 24 hours jetway interdiction course in Long Beach California, a 8 hour controlled delivery course, a 8 hours drug endangered children's course, a 16 hour reality based detection course with my K9 partner Roxy, a 80 hour Department of Justice methamphetamine clandestine lab safety course instructed by a state certified chemist. I participated in the live cook of methamphetamine, and an 80-hour training course with California Narcotics Canine Association.

Additionally, I have received training in drug use, symptomatology, and recognition of narcotics. I have continued my education in areas of narcotic sales, trafficking, interdiction and possession, along with dangerous controlled substances including marijuana, methamphetamine, heroin, cocaine, psilocybin(mushrooms), MDMA (Ecstasy), PCP(phencyclidine), testosterone ester and anabolic steroids.

I have worked as a full time certified K9 handler since July 10, 2014. Since successfully completing K9 handler training; Roxy is responsible for the seizure of over 3,089.77 pounds of marijuana, 23.45 pounds of cocaine, over 114 pounds of methamphetamine, 15.5 pounds of heroin, 24 pounds of concentrated cannabis, over 4,320 MDMA(Ecstasy) pills, 15 ounces of synthetic marijuana(spice), and over $1,059,844 in US currency.

**PROBABLE CAUSE STATEMENT #1 FOR ISSUANCE OF SEARCH WARRANT:**

On Wednesday May 26, 2021, I was assigned to work as a Task Force Officer with the Homeland Security Investigations Parcel Interdiction Task Force. During my course of duties, while conducting a parcel investigation at the USPS facility located on 5th St. in San Bernardino, a suspicious parcel was found. The shipper used and address in Riverside California that was used by several subjects, none being the shipper a RD Gallery. The shipper did not provide a contact number. I attempted to locate the recipient a Jimmy Montes in Orlando Florida.  I located a Montes in Florida at the receiving address. Montes was found to have several arrests for possession of cannabis and possession of drug paraphernalia. The parcel was identified by **USPS tracking # EJ 769 999 603 US.**

Through my training and experience, I have found that narcotic traffickers will often use fictitious names, telephone numbers, addresses, pay cash for their shipment, and use different masking agents to hide the odor of narcotics from law enforcement K-9. These individuals also omit pertinent information and use third party shipping stores to disassociate themselves from the package to avoid detection by law enforcement.

Based on these and other indicators, I ran my narcotics detection K9 in the direction of the parcel at the facility located near other like parcels. Upon reaching the parcel in question, Roxy gave a positive "alert" indicating the package and/or the contents was saturated with the odor of illegal narcotics. **USPS tracking # EJ 769 999 603 US.** identifies this parcel**.**

**KRISTINA WINEGAR B5848 SAN BERNARDINO COUNTY SHERIFFS**

**PROBABLE CAUSE STATEMENT #2 FOR ISSUANCE OF SEARCH WARRANT:**

 On Wednesday May 26, 2021, I was assigned to work as a Task Force Officer with the Homeland Security Investigations Parcel Interdiction Task Force. During my course of duties, while conducting a parcel investigation at the USPS facility located on 5th St. in San Bernardino, a suspicious parcel was found. The shipper used and address in Riverside California that was used by several subjects, none being the shipper a RD Gallery. The shipper did not provide a contact number. I attempted to locate the recipient a Scott Land in Redondo Beach, California There was no one matching that name at the address however, a person with the same name had an address in Newport Beach California. The parcel was identified by **USPS tracking # EJ 769 999 594 US.**

Through my training and experience, I have found that narcotic traffickers will often use fictitious names, telephone numbers, addresses, pay cash for their shipment, and use different masking agents to hide the odor of narcotics from law enforcement K-9. These individuals also omit pertinent information and use third party shipping stores to disassociate themselves from the package to avoid detection by law enforcement.

Based on these and other indicators, I ran my narcotics detection K9 in the direction of the parcel at the facility located near other like parcels. Upon reaching the parcel in question, Roxy gave a positive "alert" indicating the package and/or the contents was saturated with the odor of illegal narcotics. **USPS tracking # EJ 769 999 594 US.** identifies this parcel.

**KRISTINA WINEGAR B5848 SAN BERNARDINO COUNTY SHERIFFS**

EXHIBIT 2

| | |
|---|---|
| Affiant's name | Ryan L. Brieda |
| Employer | Beaumont Police Department |
| Occupation | Police Corporal / K-9 Handler |
| Assignment | Beaumont Multiple Enforcement Team (MET) |

I am a Police Corporal and has been so employed since July 8, 2005. I was assigned to the Patrol Division and worked as a patrol officer from 2005 until 2010. In 2010, I worked in an undercover capacity for approximately one year as a narcotics detective for the Allied Riverside Cities Narcotics Enforcement Team (ARCNET). In 2011, I was re-assigned back to the Patrol Division and worked on the Beaumont Impact Team. In 2013, I was assigned to the East Valley Street Enforcement Team (EVSET) as a narcotics detective. In 2015, I was assigned to the Beaumont Multiple Enforcement Team (MET) as a detective to investigate narcotics and other general crimes. In July 2016, I completed a 120-hour Narcotics Detection K9 course and have been working with K9 "MILA," a narcotics detection dog, since then. MILA is certified through Vohne Liche Kennels and holds her annual certification through California Narcotics Canine Association (CNCA). MILA's alert consists of physical and mental reactions, which include a heightened emotional state.  MILA's trained final response is a passive alert which consists of either a sit or lay down.

MILA and I have been involved in training exercises where known controlled substances, containers, or paraphernalia were hidden. Because of the absorption of the odor and the narcotics detection dog's inherently keen sense of smell, the narcotics detection dog will continue to alert on the container or item depending on the length of exposure to the controlled substance, the specific controlled substance, and ventilation of the item or container. The common belief is all currency in circulation is contaminated with narcotics. It has been my experience that a properly trained narcotic detection dog will not alert to all currency. I have witnessed sniffs of vehicles, buildings, areas, and parcels by trained narcotic detection dogs where no alert was given.

It has been my experience; the narcotics detection dog must also be "proofed" from numerous odors including currency on a regular basis to maintain consistency. These have included food, plastic bags and wrap, rubber gloves, tape, nylon bags, controlled substance adulterants, circulated and non-circulated U.S. currency, and other items. Proofing is a method used in training to ensure the dog alerts only to the odors for which it is trained to alert.

K9 "MILA's" Experience:

During MILA's career as a narcotics detection dog, she has alerted to controlled substances in buildings, vehicles, packages, parcels, and outdoor areas. These alerts, when totaled together, have led to the seizure of approximately 2700 pounds of marijuana, 2100 pounds of methamphetamine, 300 pounds of cocaine, and 5 pounds of heroin. These amounts do not include training finds. MILA has located and alerted to a total of over $3,578,255.00 dollars in U.S. currency.

Handler Experience:

During my employment as a Police Officer with the Calipatria Police Department and Beaumont Police Department, I have conducted and/or assisted in the investigation of over 400 cases related to narcotics and other drug violations. The narcotics cases have included methamphetamine, cocaine, marijuana, hashish, heroin, LSD, PCP, and ecstasy. During these investigations, I have seized or assisted in the seizure of the individual narcotics/dangerous drugs, which were later positively identified through analysis by California Department of Justice laboratories.

Handler's Training History:

In November 2004, I attended the Peace Officers Training Academy at the Palomar College Police Academy. I received a total of 1,378 hours of training. A portion of this training included a segment on narcotics/dangerous drug identification, use of drugs and common street packaging methods for narcotics/dangerous drugs. I hold a Basic Peace Officer Standards and Training certificate issued by the State of California.

Since July 2005, I have received the following additional training:

- 24 hours of training in Drug Abuse Recognition presented by the California Narcotics Officer Association;
- 8 hours of training in Classification of Various Narcotics presented by the California Narcotics Officer Association;
- 8 hours of training in Informant Development and Maintenance presented by the California Narcotics Officer Association;
- 8 hours of training in Gangs and Narcotics Interdiction presented by the California Narcotics Officer Association;
- 40 hours of training in Interview and Interrogation techniques (B.A.T.I.) presented by Behavior Analysis Training Institute;
- 40 hours of training at the 2010 CATO conference;
- 40 hours of training at the 2010 CNOA conference;
- 80 hours of Special Weapons and Tactics (S.W.A.T.) training, presented by the Riverside County Sheriff's Department;
- 80 Hours of Orange County Sheriff's Department Basic Narcotics Investigations;
- 40 Hours of California Department of Justice Clandestine Laboratories Field Safety;
- 40 Hours of California Department of Justice Clandestine Laboratories Investigations; and
- 40 hours of training at the 2014 CNOA conference.
- 24 Hours of Asset Forfeiture Investigations.

Since July 2005, I have observed and spoken with over 300 narcotics/drug users concerning their criminal activities, addictions, methods of ingestion, symptoms, current and past methods of packaging and identification of controlled substances.

On Thursday, May 27th, 2021, I and my certified narcotic trained K-9 "MILA" was asked to assist in a narcotic parcel investigation. K-9 "MILA" alerted to the odor of narcotics emitting from the following:

USPS parcel:      EJ 769 999 625 US, the medium package weighed approximately 8.1 ounces in the amount of $26.35 dollars. The senders name and address is Shehzi Rahil 14242 Crystal View Terr. Riverside, CA 92508 The receivers name and address is Jenah Moh- T Star Fashion Store 2586 Steinway Street Astoria, NY 11103.

I declare under penalty of perjury that the foregoing information is true and correct.

Executed on the 27th day of May 2021, in Riverside County, State of California.


Ryan L. Brieda ID No. 708
Beaumont Police Department